# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:09 CR 21 |
| ) | |
| ) | |
| DARLENE PETERSON ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILTY AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which the defendant has waived objection, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), the plea of guilty of the offense charged in Count 5 of the Indictment is hereby accepted, and the defendant is adjudged guilty of such offense. The defendant and her counsel shall appear before the undersigned for sentencing on the **9th day of June, 2010,** at 11:00 a.m.

Defense counsel is **directed** to confer with the probation officer to schedule an appointment in order to confer regarding defendant's sentence, including the advisory guidelines sentencing range and § 3553(a) sentencing factors. Federal Rule of Criminal Procedure 32 and this Court's General Order 2001-1 require that within 14 days following receipt of the pre-sentence report counsel communicate in writing with the probation officer and opposing counsel any objections as to any material information, criminal history,

sentencing classification, guidelines sentencing range, and policy statements contained in or omitted from the pre-sentence report.

Importantly, the court advises that failure to object to the probation officer's conclusions regarding the applicability of § 3553(a) factors may be considered as an admission that defendant has no objections to that section of the pre-sentence report. Also, if there are no objections to the contents of the pre-sentence report, defendant must submit to the probation officer and opposing counsel a written acknowledgment of having no objections.

Not less than 15 days before the sentencing hearing, the defendant shall submit a sentencing memorandum which may contain a request for any particular sentence that is reasonable and any other matters or circumstances relevant to sentencing. The government must file a response within 7 days thereafter. These filings are mandatory because they are helpful to the court in determining an appropriate sentence for the defendant and also, they eliminate any surprises at the sentencing hearing.

**IT IS SO ORDERED** this 26th day of March, 2010.

s/James T. Moody  
JUDGE JAMES T. MOODY  
UNITED STATES DISTRICT COURT